IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED & FILED
CLERK'S OFFICE
NOV 2 0 2025
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> [1] HÉCTOR MELVIN CANDELARIA-CARRERO, AKA "CANDY," "CARTERO" <br> *(Counts 1, 2, 4 to 33)* <br> [2] CARLOS NADÍN NIEVES-PASTRANA, AKA "NANDY" <br> *(Counts 1 to 3, 5 to 14, 16, 21 to 32)* <br> [3] JOSÉ MANUEL MUÑOZ-TORRES, AKA "KUKI/CUQUI" <br> *(Counts 1, 2, 3, 7,9 to 14, 16, 21, 28 to 32)* <br> Defendants. | INDICTMENT <br><br> CRIMINAL NO. 25-490 (RAM) <br><br> CRIMINAL VIOLATIONS: <br><br> Count 1: 21 U.S.C. § 846 <br><br> Count 2: 18 U.S.C. § 371 <br><br> Count 3: 18 U.S.C. § 201(b)(1) <br><br> Count 4: 18 U.S.C. § 201(b)(2) <br><br> Counts 5-33: 18 U.S.C. §1708 <br><br><br> FORFEITURE ALLEGATION |

## INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

### GENERAL ALLEGATIONS

1. The United States Postal Service ("USPS") was an independent establishment of the Executive Branch of the Government of the United States and operated in a business-like way. 39 U.S.C. § 201.

2. As a USPS employee, Defendant [1] HÉCTOR MELVIN CANDELARIA-CARRERO was a public official, officer, employee, and person acting on behalf of the United States, and a department, agency and branch of the United States, in an official function under and

1

by authority of any such department, agency, and branch of Government. Defendant [1] HÉCTOR MELVIN CANDELARIA-CARRERO was in the postal career service and part of the civil service appointed to act in accordance with the procedures established by the Postal Service. 39 U.S.C. § 1001.

3. Defendant [1] HÉCTOR MELVIN CANDELARIA-CARRERO was a USPS City Carrier assigned to City Route 3 at the Isabela Post Office in Isabela, Puerto Rico.

4. Defendant [2] CARLOS NADÍN NIEVES-PASTRANA, was not a USPS employee and was not authorized to take, obtain, and deliver the US mail. Defendant [2] CARLOS NADÍN NIEVES-PASTRANA directly received stolen mail parcels and bribed [1] HECTOR CANDELARIA-CARRERO to steal parcels, including parcels containing controlled substances.

5. Defendant [3] JOSÉ MANUEL MUÑOZ-TORRES, was not a USPS employee and was not authorized to take, obtain, and deliver the US mail. Defendant [3] JOSÉ MANUEL MUÑOZ-TORRES contacted and coordinated with [1] HECTOR CANDELARIA-CARRERO to receive stolen mail parcels, including parcels containing controlled substances.

<u>COUNT 1</u>
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*
(21 U.S.C. §846)

Beginning on a date unknown, but not later than January 8, 2022, and continuing to on or about April 10, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendants,

[1] HECTOR MELVIN CANDELARIA-CARRERO,
[2] CARLOS NADIN NIEVES-PASTRANA, and
[3] JOSE MANUEL MUNOZ-TORRES,

2

knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with intent to distribute and distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marihuana. All in violation of 21 U.S.C. § 841(a)(1) and 846.

COUNT 2
*(Conspiracy)*
(18 U.S.C. § 371)

1. The General Allegations in paragraphs 1 through 5 of this Indictment are hereby re-alleged and fully incorporated herein.

2. From on or about January 8, 2022, through on or about April 10, 2024, within the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] HÉCTOR MELVIN CANDELARIA-CARRERO,
[2] CARLOS NADÍN NIEVES-PASTRANA,
[3] JOSÉ MANUEL MUÑOZ-TORRES,

the defendants, willfully and knowingly combined, conspired, confederated, and agreed together with each other and others known and unknown to the Grand Jury to commit offenses against the United States, to wit violations of 18 U.S.C. §§ 201(b)(1); 201(b)(2), and 1708.

OBJECTS OF THE CONSPIRACY

3. It was a part and an object of the conspiracy that the defendants [2] CARLOS NADÍN NIEVES-PASTRANA, and [3] JOSÉ MANUEL MUÑOZ-TORRES, directly and indirectly, would and did corruptly give, offer, and promise a thing of value, to wit: U.S. currency, to a public official, namely [1] HÉCTOR MELVIN CANDELARIA-CARRERO, with the intent to influence this public official to commit and aid in

3

committing and to collude in, and allow, and to make opportunity for the commission of a fraud on the United States; and induce the public official to do an act and omit to do an act in violation of his official lawful duty, in violation of 18 U.S.C. § 201(b)(1)(A), (B) and (C).

4. It was further a part and an object of the conspiracy that [1] HÉCTOR MELVIN CANDELARIA-CARRERO, being a public official, directly and indirectly, did corruptly demand, seek, receive, accept and agree to receive and accept a thing of value, to wit: U.S. currency, from [2] CARLOS NADÍN NIEVES-PASTRANA, in return for being influenced in the performance of an official act, being influenced to commit and aid in committing and to collude in, and allow a fraud, and to make opportunity for the commission of a fraud on the United States; and being induced to do an act and omit to do an act in violation of his official lawful duty, in violation of 18 U.S.C. § 201(b)(2)(A), (B), and (C).

5. In exchange for receiving a stream of bribe payments as opportunities arose, [1] HÉCTOR MELVIN CANDELARIA-CARRERO would divert, delay and steal USPS parcels and provide the diverted and stolen mail to [2] CARLOS NADIN NIEVES-PASTRANA, [3] JOSE MANUEL MUNOZ TORRES, and others known and unknown to the Grand Jury.

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

6. The conspiracy was accomplished through the following manner and means:

A. [1] HÉCTOR MELVIN CANDELARIA-CARRERO, who in exchange for a stream of benefits: to wit U.S. currency from [2] CARLOS NADÍN NIEVES-PASTRANA, performed official acts through his USPS employment delivering mail parcels.

4

B. [1] HÉCTOR MELVIN CANDELARIA-CARRERO took photos of specific parcels with his personal phone. Using the assigned USPS scanner device, [1] HÉCTOR MELVIN CANDELARIA-CARRERO would scan the photo taken on his personal phone at the correct delivery address.

C. Rather than deliver the parcel at the delivery address, [1] HÉCTOR MELVIN CANDELARIA-CARRERO would divert the parcel to another location and hide the location of the diverted and stolen mail from the USPS.

D. [1] HÉCTOR MELVIN CANDELARIA-CARRERO frequently communicated and corresponded with the defendants [2] CARLOS NADÍN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ TORRES using his private cellular number, WhatsApp messages and phone calls.

E. [1] HÉCTOR MELVIN CANDELARIA-CARRERO would communicate with [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES via phone to meet and receive bribe payments for diverting, delaying and stealing certain parcels, including parcels containing controlled substances.

F. [1] HÉCTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADÍN NIEVES-PASTRANA concealed and attempted to conceal [1] HÉCTOR MELVIN CANDELARIA-CARRERO's receipt and acceptance of things of value from [2] CARLOS NADÍN NIEVES-PASTRANA by paying the bribes in person with cash.

<u>OVERT ACTS</u>

7. In furtherance of the conspiracy, the following overt acts, among others, were committed by Defendants [1] HÉCTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADÍN NIEVES-PASTRANA, and [3] JOSE MANUEL MUNOZ-

5

TORRES:

| DATE | SCANNING CODES IN PARCELS WITH THE USPS DEVICE AS | ACT OF MAIL THEFT & DELAY |
|---|---|---|
| January 8, 2022 | "Delivered to agent for final delivery" | [1] HECTOR CANDELARIA-CARRERO handed a stolen parcel to [2] CARLOS NADIN NIEVES-PASTRANA |
| January 27, 2022 | "Awaiting delivery scan" | [1] HECTOR CANDELARIA-CARRERO handed a stolen parcel to [2] CARLOS NADIN NIEVES-PASTRANA |
| January 29, 2022 | "Delivered to agent for final delivery" | [1] HECTOR CANDELARIA-CARRERO delayed one parcel and handed to [3] JOSE MANUEL MUNOZ-TORRES |
| February 25, 2022 | "Delivered to agent for final delivery" | [1] HECTOR CANDELARIA-CARRERO delayed one parcel and handed to [2] CARLOS NADIN NIEVES-PASTRANA |
| March 3, 2022 | "Delivered to Agent for Final Delivery" | [1] HECTOR CANDELARIA-CARRERO delayed one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| March 31, 2022 | "Delivered to agent for final delivery" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [3] JOSE MANUEL MUNOZ-TORRES |
| April 23, 2022 | Delivered to Agent for Final Delivery" at precise location | Delayed two parcels and hand delivered them to [3] JOSE MANUEL MUNOZ TORRES |
| June 16, 2022 | Scanned a photo on his phone with the intended delivery address as "Delivered to Agent for Final Delivery" | Delayed two parcels and hand delivered them [3] JOSE MANUEL MUNOZ TORRES |
| July 11, 2022 | "Delivered to Agent" | Delayed one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| August 9, 2022 | Scanned a photo on his phone with the intended recipient address at the correct location with code "Delivered to Agent for | Delayed one parcel and hand delivered it to [3] JOSE MANUEL MUNOZ TORRES |

|  |  |  |
|---|---|---|
|  | final delivery" |  |
| August 12, 2022 | "Delivered to Agent for final delivery" | [1] HECTOR CANDELARIA-CARRERO stole two parcels and hand delivered them to [3] JOSE MANUEL MUNOZ TORRES |
| September 1, 2022 | "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to an unidentified individual |
| September 26, 2022 | "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to an unidentified individual |
| September 28, 2022 | Scanned a photo on his phone with the intended recipient address as "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [3] JOSE MANUEL MUNOZ-TORRES |
| October 7, 2022 | Scanned a photo on his phone with the intended recipient address as "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| October 29, 2022 | [1] HECTOR CANDELARIA-CARRERO requested USPS employee Sales and Service Distributor Miguel Santiago to scan as "Return to Sender" | [1] HECTOR CANDELARIA-CARRERO Stole one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| November 17, 2022 | Scanned a photo on his cell phone with the intended recipients address as "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole two parcels and hand delivered them to [2] CARLOS NADIN NIEVES-PASTRANA |
| December 6, 2022 | Scanned a photo on his phone with the intended recipient address as "Delivered left with individual" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| December 7, 2022 | Scanned a photo on his phone with the intended recipient address as "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [2] CARLOS NADIN NIEVES-PASTRANA |
| April 22, 2023 | Scanned a photo on his phone with the intended recipient address as | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [3] JOSE |

| | "Delivered" | MANUEL MUNOZ TORRES |
|---|---|---|
| April 24, 2023 | Scanned a photo on his phone with the intended recipient address as "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered it to [3] JOSE MANUEL MUNOZ TORRES |
| May 1, 2023 | 1st scan: "No secured location" 2nd Scan: "Delivered" | [1] HECTOR CANDELARIA-CARRERO instructed a USPS employee to delay mail and hand deliver it to [3] JOSE MANUEL MUNOZ TORRES |
| September 2, 2023 | Scanned a photo on his phone with the intended recipient address as "Delivered to Agent" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered to [3] JOSE MANUEL MUNOZ TORRES |
| September 29, 2023 | "Delivered" | [1] HECTOR CANDELARIA-CARRERO stole one parcel and hand delivered to [3] Jose Manuel Munoz-Torres |
| April 10, 2024 | "Return to sender" | [1] HECTOR CANDELARIA-CARRERO stole one parcel |

All in violation of 18 U.S.C. §371.

COUNT 3
*(Bribery of a Public Official)*
(18 U.S.C. §§ 201(b)(1) and 2)

1. The General Allegations in paragraphs 1 through 5 of this Indictment are hereby re-alleged and fully incorporated herein.

2. Between on or about January 8, 2022, through on or about April 10, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of the court, the defendants,

[2] CARLOS NADÍN NIEVES-PASTRANA, and
[3] JOSÉ MANUEL MUÑOZ-TORRES,

aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully directly and indirectly, corruptly give, offer, and agree to give a thing of value, as opportunity arose, namely: US currency, to [1] HECTOR CANDELARIA-CARRERO, a United States Postal Service employee, with intent to influence and reward the public

8

official to commit and aid in committing and to collude in, and allow a fraud, and to make opportunity for the commission of a fraud on the United States and to induce the United States Postal Service employee, a public official, to do an act and omit to do an act in violation of his official duty, that is to divert, delay, and steal USPS parcels, including parcels containing controlled substances. All in violation of 18 U.S.C. §§ 201(b)(1) and 2.

COUNT 4
*(Bribery of a Public Official)*
(18 U.S.C. §§201(b)(2) and 2)

1. The General Allegations in paragraphs 1 through 5 of this Indictment are hereby re-alleged and fully incorporated herein.

2. From on or about January 8, 2022, through on or about April 10, 2024, within the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] HÉCTOR MELVIN CANDELARIA-CARRERO,

did corruptly solicit, demand, accept, and agree to accept for his own benefit, things of value, as opportunity arose, from [2] CARLOS NADIN PASTRANA and others, namely: US Currency, intending to be influenced and rewarded to do an act and omit to do an act in violation of his official duty, that is to divert, delay and steal USPS parcels, including parcels containing controlled substances. All in violation of 18 U.S.C. §201(b)(2) and 2.

COUNTS 5 THROUGH 33
*(Theft of Mail)*
(18 U.S.C §§1708 and 2)

1. The General Allegations in paragraphs 1 through 5 of this Indictment are hereby re-alleged and fully incorporated herein.

2. On or about the dates set forth below, in the District of Puerto Rico and elsewhere within the jurisdiction of the court, the defendants,

9

[1] HECTOR MELVIN CANDELARIA-CARRERO,
[2] CARLOS NADIN NIEVES-PASTRANA, and
[3] JOSE MANUEL MUNOZ-TORRES

as set forth in the chart below, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully possess and receive stolen mail, as described below, having those items been stolen, abstracted and removed by [1] HECTOR MELVIN CANDELARIA-CARRERO, which had been entrusted to [1] HECTOR MELVIN CANDELARIA-CARRERO, and had come into his possession intended to be conveyed by mail:

| Count | Defendants | Mail Originating Address | Addressee | Destination Address | Parcel ID Code | Weight | Postage Fee |
|---|---|---|---|---|---|---|---|
| 5 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Phoenix AZ 85258 | Calle Villanueva | Isabela PR | 950551317 471200555 1181 | 24.94 lbs. | $89.35 |
| 6 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Chandler, AZ 85225 | Calle Pascua PR Urb. Manuel Corchado | Isabela, PR 00662 | 9505 5145 2245 2025 616476 | 31.2 lbs. | $115.90 |
| 7 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL | Phoenix, AZ 85281 | Calle Arcadia Figueroa Ramos | Isabela PR 00662 | 950551377 552202543 6886 | 26.88 lbs. | $111.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MUNOZ-TORRES | | | | | | |
| 8 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Phoenix Az 85248 | Calle Plumeria | Isabela, PR 00662 | 950551340 901205388 9056 | 26.50 lbs | $104.00 |
| 9 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Chandler, AZ 85286 | C.Q Ave Noel Estrada | Isabela, PR 00662 | 9505 5145 2244 2059 7541 45 | 25.06 lbs. | $96.45 |
| 10 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Phoenix, AZ 85296 | Calle Villanueva | Isabela PR 00662 | 950551147 324208791 4702 | 26.94 lbs. | $122.20 |
| 11 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL | Phoenix, AZ 85257 | Calle Los Rotarios | Isabela PR 00662 | 950551203 045211081 3247 | 28.38 lbs. | $126.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MUNOZ-TORRES | | | | | | |
| 12 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Phoenix, Az 85260 | Ave Noel Estrada | Isabela 00662 | 950551269 129211076 1705 | 25.44 lbs | $96.45 |
| 13 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Phoenix, AZ 85050 | A.P. Ave Juan Hernandez Ortiz | Isabela, PR 00662 | 9505 5148 8419 2164 686714 | 28.75 lbs. | $106.95 |
| 14 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Scottsdale, AZ 85251 | W.G. Calle Los Rotarios | Isabela, PR 00662 | 9505 5141 0201 2164 987525 | 27.56 lbs. | $104.00 |
| 15 | [1] HECTOR MELVIN CANDELARIA-CARRERO | La Quinta, CA | Calle Villanueva | Isabela, PR 00662 | 950551562 242218860 6276 | 28.06 lbs | $106.95 |
| 16 | 1] HECTOR MELVIN CANDELARIA-CARRERO, | Riverside, CA 92590 | Calle Noel Estrada | Isabela, PR 00662 | 9505 5100 0527 2216 178282 | 29.38 lbs. | $109.25 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | | | | | | |
| 17 | 1] HECTOR MELVIN CANDELARIA-CARRERO | Palms Springs CA 92260 | Calle Plumeria | Isabela, PR 00662 | 950551625 046222161 6576 | 31.69 lbs | $122.20 |
| 18 | 1] HECTOR MELVIN CANDELARIA-CARRERO, | Palms Springs CA 92260 | Calle Noel Estrada | Isabela, PR 00662 | 950505514 884192221 700261 | 30.19 lbs. | $129.90 |
| 19 | [1] HECTOR MELVIN CANDELARIA-CARRERO | PALM SPRINGS CA 92253 | Calle Villanueva | Isabela, PR 00662 | 950551410 204224192 1937 | 28.25 lbs. | 106.95 |
| 20 | [1] HECTOR MELVIN CANDELARIA-CARRERO | PALM SPRINGS CA 92260 | Calle Juan I. Calero | Isabela, PR 00662 | 950551625 046226962 4540 | 30.75 lbs. | $126.15 |
| 21 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | PHOENIX AZ 85236 | Ave Noel Estrada | Isabela, PR 00662 | 950551214 928227111 5563 | 26.06 lbs. | 129.90 |
| 22 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA | Palm spring, CA | Calle Los Rotarios | Isabela, PR 00662 | 950551504 182227758 2794 | 26.81 lbs | $128.65 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | PHOENIX AZ 85234 | Calle Gavilan | Isabela, PR 00662 | 950551237 476230204 0254 | 25.50 lbs | $120.25 |
| 24 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | RIVERSIDE CA 92591 | Calle Federico Torres Pagan | Isabela, PR 00662 | 950551633 711231897 2754 | 29.50 lbs | $115.70 |
| 25 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Riverside CA 92590 | UNK | Isabela PR 00662 | 950551000 528231880 5054 | 28.44 lbs | $113.40 |
| 26 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Riverside CA 92590 | UNK | Isabela PR 00662 | 950551486 762233476 9174 | 27.25 lbs | 128.65 |
| 27 | [1] HECTOR MELVIN CANDELARIA-CARRERO and [2] CARLOS NADIN NIEVES-PASTRANA | Temecula (Riverside) CA 92591 | C.G. Calle Noel Estrada | Isabela, PR 00662 | 9505 5163 3714 2334 0148 93 | 28.75 lbs | $113.40 |

| 28 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Palm Springs CA 92270 | Paso Nivel | Isabela PR 00662 | 950551504 184310955 0989 | 27.88 lbs | 121.55 |
|---|---|---|---|---|---|---|---|
| 29 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Riverside CA 92591 | Ave Noel Estrada | Isabela PR 00662 | 950551633 714311010 8171 | 28.00 lbs | $111.05 |
| 30 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Palm Springs, CA 92260 | M.P. Calle Los Gallitos | Isabela, PR 00662 | 9505 5148 8416 3116 7389 59 | 28.14 lbs. | $121.55 |
| 31 | [1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE | Gilbert, AZ 85296 | A.P. Calle Amador | Isabela, PR 00662 | 9505 5114 7323 3241 2532 56 | 28.5 lbs. | $130.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MANUEL MUNOZ-TORRES | | | | | | |
| 32 | 1] HECTOR MELVIN CANDELARIA-CARRERO, [2] CARLOS NADIN NIEVES-PASTRANA and [3] JOSE MANUEL MUNOZ-TORRES | Palms Springs CA 92264 | Ave Noel Estrada | Isabela PR 00662 | 950551301 0813269676689 | 111.05 lbs. | $27.00 |
| 33 | [1] HECTOR MELVIN CANDELARIA-CARRERO | Scottsdale AZ 85255 | J.R. Calle Gardenia Urb Corchado | Isabela, PR 00662 | 9505 5114 4956 4095 7993 28 | 31.9 lbs. | $168.55 |

Each count a separate violation of 18 U.S.C. §§1708 and 2.

<u>FORFEITURE ALLEGATION.</u>

1. The allegations contained in Counts 1 through 33 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §853, 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c).

2. The United States gives notice to all defendants, that upon conviction for the offense in violation of 21 U.S.C. §846, 18 U.S.C. §§ 371, 201(b)(1); and 201(b)(2) and 1708, the court shall order that the defendants forfeit to the United States any property constituting, or derived from, proceeds the defendants obtained directly or indirectly as the result of such violations pursuant to 21 U.S.C. §853, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c). The defendants are notified that upon conviction a money judgement may be

imposed equal to the total value of the property subject to forfeiture.

3. The defendants are notified that if property subject to forfeiture because of any act or omission of that defendants,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

The United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C.§853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c).

TRUE BILL

███████████████████

FOREPERSON
Date: 20-XI-2___

W. STEPHEN MULDROW
United States Attorney

Seth Erbe
Assistant United States Attorney
Financial Fraud and Public Corruption Section

Tania Y. Salas De-Jesús
Special Assistant United States Attorney